United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William J Wade  
    Debtor

Case No. 20-12605-amc  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Randi | Page 1 of 1 | Date Rcvd: Jun 24, 2020 |
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2020.
db     +William J Wade,   141 Ivy Hill Road,   Levittown, PA 19057-2325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2020 at the address(es) listed below:
        JOHN M. KENNEY   on behalf of Debtor William J Wade jken330@comcast.net, Kathy@jkenneylaw.com
        REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as Trustee for NRZ Pass-Through Trust XI bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                         TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :        Chapter 13
William J. Wade                                 :        Case No. 20-12605-amc
        Debtor                                  :

ORDER GRANTING DEBTOR AN ADDITIONAL FIFTEEN (15) DAYS
TO FILE CHAPTER 13 SCHEDULES AND STATEMENT

   AND NOW, THIS___24th_____DAY OF__June_____2020   , upon consideration of the Debtor's APPLICATION for additional time,

   IT IS HEREBY ORDERED

   That the Debtor shall have until July 16, 2020    to file Chapter 13 Schedules and Statements and Chapter 13 Plan.

   SO ORDERED

BY THE COURT:

**Date: June 24, 2020**

_____
                                                                                    J.
United States Bankruptcy Judge