# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: William J. Wade** | : | Chapter 13 |
| | : | |
| **Debtor(s)** | : | Case No. 20-12605-AMC |

## ORDER

**AND NOW**, upon consideration of the Debtor(s)' Motion for Reinstatement of the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

I.   The Motion is **GRANTED**.

II.  The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date: **July 7, 2020** _____

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE