IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| WILLIAM J WADE, | : CASE NO. 20-12605 AMC |
| | : |
| DEBTOR, | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : September 1, 2020 @ 10:00 a.m. |
| | : |
| MOVANT, | : |
| | : |
| V. | : |
| | : |
| WILLIAM J WADE, | : |
| | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 29 |

CERTIFICATE OF SERVICE FOR THE PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED
CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtors' Chapter 13 Plan, on the parties at the below addresses, on September 1, 2020 by:

**20-12605-amc Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

JOHN M. KENNEY on behalf of Debtor William J Wade
jken330@comcast.net, Kathy@jkenneylaw.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq. on behalf of Trustee WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

REBECCA ANN SOLARZ on behalf of Creditor U.S. Bank National Association, not in its

1

individual capacity but solely as Trustee for NRZ Pass-Through Trust XI
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

CHARLES GRIFFIN WOHLRAB on behalf of Creditor U.S. Bank National Association,
cwohlrab@rascrane.com

CHARLES GRIFFIN WOHLRAB on behalf of Creditor U.S. Bank National Association, not in its individual capacity but solely as Trustee for NRZ Pass-Through Trust XI
cwohlrab@rascrane.com

**20-12605-amc Notice will not be electronically mailed to:**

**N/A**

Date:   September 1, 2020                                         Respectfully submitted,


                                                                  /s/ Jonathan W. Chatham
                                                                  Jonathan W. Chatham
                                                                  Deputy Chief Counsel
                                                                  PA Department of Revenue
                                                                  Office of Chief Counsel
                                                                  P.O. Box 281061
                                                                  Harrisburg, PA 17128-1061
                                                                  PA I.D. # 209683
                                                                  Phone: 717-783-3673
                                                                  Facsimile: 717-772-1459