IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   William J. Wade              : Case No. 20-12605
                                           : Chapter 13
                                           :

## **CERTIFICATION OF SERVICE AND PROOF OF MAILING**

       The undersigned, attorney for Debtor, does hereby certify that I did on September 10, 2020, serve all Matrix creditors by electronic means or by US regular mail with notice of the rescheduling of the Meeting of Creditors in the above captioned matter until September 21, 2020 at 9:00 a.m.

       I declare under penalty of perjury that the foregoing is correct.

                                                          s/ John M. Kenney
Date: September 10, 2020                John M. Kenney, Esquire
                                                          308 N. Oxford Valley Road
                                                          Fairless Hills, PA  19030