United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-12605-amc

William J Wade     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2

Date Rcvd: Jan 19, 2021    Form ID: trc    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14552981 | NRZ Pass-Through Trust X, U.S. Bank National Assoc, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021     Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

**Name**     **Email Address**

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for NRZ Pass-Through Trust XI cwohlrab@raslg.com

JOHN M. KENNEY
    on behalf of Debtor William J Wade jken330@comcast.net Kathy@jkenneylaw.com

JONATHAN WILKES CHATHAM
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for NRZ Pass-Through Trust XI bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

District/off: 0313-2        User: admin        Page 2 of 2

Date Rcvd: Jan 19, 2021        Form ID: trc        Total Noticed: 1

WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com   philaecf@gmail.com

TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 20-12605-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

William J Wade
141 Ivy Hill Road
Levittown PA 19057

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/19/2021.

Name and Address of Alleged Transferor(s):

Claim No. 4: NRZ Pass-Through Trust X, U.S. Bank National Assoc, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609

Name and Address of Transferee:

U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2020-NPL2

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/21/21

Tim McGrath
**CLERK OF THE COURT**