# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-12605-AMC

WILLIAM J WADE

141 IVY HILL ROAD

LEVITTOWN, PA 19057

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

WILLIAM J WADE

141 IVY HILL ROAD

LEVITTOWN, PA 19057

Counsel for debtor(s), by electronic notice only.

JOHN M KENNEY
308 N OXFORD VALLEY RD

FAIRLESS HILLS, PA 19030-

Date: 2/2/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee