## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: William J. Wade                :       Chapter 13
                                      :
                 Debtor           :       No. 20--12605-amc

## **ORDER**

**AND NOW** this _____ day of _____, 2021, it is ORDERED that the Order of April 6, 2021 dismissing the case is _____ and the case is hereby reinstated.

Date: _____                            _____
                                                       ASHELY M. CHAN
                                                       U.S. BANKRUPTCY JUDGE