IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| WILLIAM J. WADE, | : CASE NO. 20-12605-amc |
| DEBTOR, | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : August 10, 2021 @ 11:00 a.m. |
| MOVANT, | : |
| V. | : |
| WILLIAM J. WADE, | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 63 |

CERTIFICATE OF SERVICE FOR WITHDRAWAL OF THE PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Withdrawal of the Pennsylvania Department of Revenue's Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on August 10, 2021 by:

**20-12605-amc Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

JOHN M. KENNEY on behalf of Debtor William J Wade
jken330@comcast.net, Kathy@jkenneylaw.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq. on behalf of Trustee WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

REBECCA ANN SOLARZ on behalf of Creditor U.S. Bank National Association, not in its individual capacitybut solely as Trustee for NRZ Pass-Through Trust XI
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

CHARLES GRIFFIN WOHLRAB on behalf of Creditor U.S. Bank National Association,
cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB on behalf of Creditor U.S. Bank National Association, not in its individualcapacity but solely as Trustee for NRZ Pass-Through Trust XI
cwohlrab@raslg.com

**20-12605-amc Notice will not be electronically mailed to:**

Fay Servicing, LLC
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Dept
1544 Old Alabama Road
Roswell, GA 30076

Date Executed: August 10, 2021                                              Respectfully submitted,


                                                                            /s/ Jonathan W. Chatham
                                                                            Jonathan W. Chatham
                                                                            Deputy Chief Counsel
                                                                            PA Department of Revenue
                                                                            Office of Chief Counsel
                                                                            P.O. Box 281061
                                                                            Harrisburg, PA 17128-1061
                                                                            PA I.D. # 209683
                                                                            Phone: 717-783-3673
                                                                            Facsimile: 717-772-1459