**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

**IN RE:**                                                                              **CASE NO.: 20-12605-amc**
**William J. Wade**                                                        **CHAPTER 13**
      **Debtor**
_____/

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION

     **PLEASE TAKE NOTICE THAT**, on behalf of U.S. Bank National Association, Not in Its Individual Capacity but Solely as Trustee for NRZ Pass-Through Trust XI ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Document Number 28, Objection to Confirmation of Plan Filed by U.S. Bank National Association, not in its individual capacity but solely as Trustee for NRZ Pass-Through Trust XI, filed on August 3, 2020.**

                                             Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                             Authorized Agent for Secured Creditor
                                             10700 Abbott's Bridge Road, Suite 170,
                                             Duluth, GA 30097
                                             Telephone: 470-321-7112

                                             By: /s/Charles Wohlrab
                                                  Charles Wohlrab, Esq.
                                                  Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 10, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

William J Wade
141 Ivy Hill Road
Levittown, PA 19057

And via electronic mail to:

John M. Kenney
John M. Kenney P.C.
308 North Oxford Valley Road
Fairless Hills, PA 19030

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office Of The U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

By: /s/ Jennifer Tobon
Jennifer Tobon
Email: jtobon@raslg.com