**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: William J. Wade | : | Chapter 13 |
| | : | |
| Debtor | : | No. 20--12605-amc |

## **ORDER**

**AND NOW,** this  10th  day of  August  , 2021, it is hereby

ORDERED that the Order of April 6, 2021 dismissing the case is vacated and the case is hereby reinstated.

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE