United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
William J Wade  
    Debtor

Case No. 20-12605-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Aug 10, 2021     Form ID: pdf900     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J Wade, 141 Ivy Hill Road, Levittown, PA 19057-2325 |
| cr | + | U.S. Bank National Association,, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14553308 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14510334 | | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14552981 | | NRZ Pass-Through Trust X, U.S. Bank National Assoc, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14510336 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14519957 | + | U.S. Bank NA, c/o Robertson, Anschutz,, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170,, Duluth, GA 30097-8461 |
| 14510337 | + | U.S. Bank National Association, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14520448 | + | U.S. Bank National Association, et al., c/o Nationstar D/B/A MR. COOPER, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14512645 | + | U.S. Bank National Association, not in its individ, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14510338 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 11 2021 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 11 2021 00:11:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14510331 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Aug 11 2021 00:11:00 | Bridgecrest, Po Box 29018, Phoenix, AZ 85038-9018 |
| 14510332 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2021 00:11:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14510886 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 11 2021 00:11:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Ste 3000, Southfield MI 48034-8331 |
| 14512109 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2021 00:18:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14510333 | + | Email/Text: Documentfiling@lciinc.com | Aug 11 2021 00:11:00 | Lending Club Corp, 595 Market Street, San Francisco, CA 94105-2807 |
| 14528692 | + | Email/Text: Documentfiling@lciinc.com | Aug 11 2021 00:11:00 | LendingClub Corporation, 595 Market Street Suite 200, San Francisco, CA 94105-2807 |
| 14510335 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 11 2021 00:18:05 | Merrick Bk, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14524738 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 11 2021 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14510339 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 11 2021 00:11:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint |

Case 20-12605-amc    Doc 71    Filed 08/12/21    Entered 08/13/21 00:36:54    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 10, 2021 | Form ID: pdf900 | Total Noticed: 22 |

Cloud, MN 56303-0820

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NRZ Pass-Through Trust X, U.S. Bank National Assoc |
| cr | | U.S. Bank Trust National Association, not in its i |
| 14577146 | | U.S. Bank Trust National Association, not, in its individual capacity but solely as, Owner Trustee of New Residential, Mortgage Loan Trust 2020-NPL2 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2021         Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank National Association  cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for NRZ Pass-Through Trust XI cwohlrab@raslg.com |
| JOHN M. KENNEY | on behalf of Debtor William J Wade jken330@comcast.net  Kathy@jkenneylaw.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for NRZ Pass-Through Trust XI bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: William J. Wade                  :      Chapter 13
                                                 :
              Debtor                :      No. 20--12605-amc

**ORDER**

**AND NOW,** this 10th day of August, 2021, it is hereby

ORDERED that the Order of April 6, 2021 dismissing the case is vacated and the case is hereby reinstated.

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE