**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-12605-amc |
|    William J. Wade | : Chapter 13 |
|                Debtor | : |
| Bridgecrest Credit Company, LLC | : |
|                Movant | : |
|    vs. | : |
| William J. Wade | : |
|                Debtor/Respondent | : |
|    and | : |
| Kenneth E. West, Esquire | : |
|               Trustee/Respondent | : |

**CERTIFICATION OF NO ANSWER OR RESPONSE**
**TO MOTION FOR RELIEF FROM STAY**

     I, Karina Velter, counsel for Bridgecrest Credit Company, LLC ("Movant"), hereby certify that no answer, objection, or other response to the Motion of Movant for Relief from Stay has been filed with the Court or served upon undersigned counsel.

     WHEREFORE, Movant prays this Honorable Court to grant the relief requested in the Motion.

Date: 10/18/2021

                                                   /s/Karina Velter, Esquire
                                                   Karina Velter, Esquire
                                                   Hladik, Onorato & Federman, LLP
                                                   Attorney I.D. # 94781
                                                   298 Wissahickon Avenue
                                                   North Wales, PA 19454
                                                   Phone 215-855-9521
                                                   Fax 215-855-9121

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-12605-amc |
|    William J. Wade | : Chapter 13 |
|        Debtor | : |
| Bridgecrest Credit Company, LLC | : |
|        Movant | : |
|    vs. | : |
| William J. Wade | : |
|        Debtor/Respondent | : |
|    and | : |
| Kenneth E. West, Esquire | : |
|        Trustee/Respondent | : |

**CERTIFICATE OF SERVICE OF**
**CERTIFICATION OF NO ANSWER OR RESPONSE**

     I, Karina Velter, certify under penalty of perjury that I served the above captioned pleading, Certification of No Answer of Response to Motion for Relief, on the parties at the addresses shown on October 18, 2021.

The types of service made on the parties were: <u>Electronic Notification and/ or First Class Mail,</u> as noted below:

John M. Kenney, Esquire               William J Wade
Via ECF                                             141 Ivy Hill Road
*Attorney for Debtor*                   Levittown, PA 19057
                                                               *Debtor*

Kenneth E. West, Esquire
VIA ECF
*Trustee*

Dated: 10/18/2021                       <u>/s/Karina Velter, Esquire</u>
                                                Karina Velter, Esquire
                                                Hladik, Onorato & Federman, LLP
                                                Attorney I.D. # 94781
                                                298 Wissahickon Avenue
                                                North Wales, PA 19454
                                                Phone 215-855-9521
                                                Fax 215-855-9121