### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-12605-amc |
|     William J. Wade | : Chapter 13 |
|                Debtor | : |
| Bridgecrest Credit Company, LLC | : |
|                Movant | : |
|     vs. | : |
| William J. Wade | : |
|               Debtor/Respondent | : |
|     and | : |
| William C. Miller, Esquire | : |
|               Trustee/Respondent | : |

### ORDER

AND NOW, this ____ day of _____, 2021, upon the Motion of Movant, Bridgecrest Credit Company, LLC, it is hereby:

ORDERED THAT: the Motion is granted, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified and lifted with respect to the Vehicle, more commonly known as a 2009 GMC Acadia, VIN# 1GKER23D29J103633, to allow Movant or its successors, if any, to exercise its rights under its loan documents; and it is

FURTHER ORDERED THAT: Rule 4001 (a)(1) is waived, permitting Movant to immediately enforce and implement this Order for relief.

**Date: October 21, 2021**

                                                      Honorable Ashely M. Chan
                                                    U.S. Bankruptcy Judge