United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
William J Wade  
    Debtor

Case No. 20-12605-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Oct 21, 2021      Form ID: pdf900      Total Noticed: 7

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J Wade, 141 Ivy Hill Road, Levittown, PA 19057-2325 |
| cr | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | + | U.S. Bank National Association,, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 21 2021 23:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 21 2021 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 21 2021 23:22:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14510331 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Oct 21 2021 23:23:00 | Bridgecrest, Po Box 29018, Phoenix, AZ 85038-9018 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NRZ Pass-Through Trust X, U.S. Bank National Assoc |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | U.S. Bank Trust National Association, not in its i |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 21, 2021 | Form ID: pdf900 | Total Noticed: 7

Date: Oct 23, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRADLEY JOSEPH OSBORNE | on behalf of Creditor Bridgecrest Credit Company LLC bosborne@hoflawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for NRZ Pass-Through Trust XI cwohlrab@raslg.com |
| JOHN M. KENNEY | on behalf of Debtor William J Wade jken330@comcast.net Kathy@jkenneylaw.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| KARINA VELTER | on behalf of Creditor Bridgecrest Credit Company LLC kvelter@hoflawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for NRZ Pass-Through Trust XI bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-12605-amc |
|     William J. Wade | : Chapter 13 |
|                 Debtor | : |
| Bridgecrest Credit Company, LLC | : |
|                 Movant | : |
|        vs. | : |
| William J. Wade | : |
|                 Debtor/Respondent | : |
|     and | : |
| William C. Miller, Esquire | : |
|                 Trustee/Respondent | : |

**ORDER**

AND NOW, this ____ day of _____, 2021, upon the Motion of Movant, Bridgecrest Credit Company, LLC, it is hereby:

ORDERED THAT: the Motion is granted, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified and lifted with respect to the Vehicle, more commonly known as a 2009 GMC Acadia, VIN# 1GKER23D29J103633, to allow Movant or its successors, if any, to exercise its rights under its loan documents; and it is

FURTHER ORDERED THAT: Rule 4001 (a)(1) is waived, permitting Movant to immediately enforce and implement this Order for relief.

**Date: October 21, 2021**            _____
                                                          Honorable Ashely M. Chan
                                                          U.S. Bankruptcy Judge