United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12605-amc |
| William J Wade | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 02, 2021 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J Wade, 141 Ivy Hill Road, Levittown, PA 19057-2325 |
| cr | + | U.S. Bank National Association,, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14553308 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14552981 | | NRZ Pass-Through Trust X, U.S. Bank National Assoc, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14510336 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14519957 | + | U.S. Bank NA, c/o Robertson, Anschutz,, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170,, Duluth, GA 30097-8461 |
| 14632983 | | U.S. Bank National Association, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14510337 | + | U.S. Bank National Association, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14520448 | + | U.S. Bank National Association, et al., c/o Nationstar D/B/A MR. COOPER, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14512645 | + | U.S. Bank National Association, not in its individ, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14510338 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 02 2021 23:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 02 2021 23:18:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14510331 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Nov 02 2021 23:18:00 | Bridgecrest, Po Box 29018, Phoenix, AZ 85038-9018 |
| 14510332 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2021 23:18:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14510886 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 02 2021 23:18:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Ste 3000, Southfield MI 48034-8331 |
| 14512109 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2021 23:28:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14510333 | + | Email/Text: Documentfiling@lciinc.com | Nov 02 2021 23:18:00 | Lending Club Corp, 595 Market Street, San Francisco, CA 94105-2807 |
| 14528692 | + | Email/Text: Documentfiling@lciinc.com | Nov 02 2021 23:18:00 | LendingClub Corporation, 595 Market Street Suite 200, San Francisco, CA 94105-2807 |
| 14510334 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2021 23:28:35 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14510335 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 02 2021 23:28:38 | Merrick Bk, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14524738 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2021 23:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA |

Case 20-12605-amc    Doc 92    Filed 11/04/21    Entered 11/05/21 00:36:10    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 02, 2021 | Form ID: pdf900 | Total Noticed: 23 |

| 14510339 | + | Email/Text: bnc-bluestem@quantum3group.com Nov 02 2021 23:18:00 | 17128-0946 Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NRZ Pass-Through Trust X, U.S. Bank National Assoc |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | U.S. Bank Trust National Association, not in its i |
| 14577146 | | U.S. Bank Trust National Association, not, in its individual capacity but solely as, Owner Trustee of New Residential, Mortgage Loan Trust 2020-NPL2 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2021                       Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:**

**Name**  **Email Address**

BRADLEY JOSEPH OSBORNE
    on behalf of Creditor Bridgecrest Credit Company  LLC bosborne@hoflawgroup.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor U.S. Bank National Association  cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for NRZ Pass-Through Trust XI cwohlrab@raslg.com

JOHN M. KENNEY
    on behalf of Debtor William J Wade jken330@comcast.net  Kathy@jkenneylaw.com

JONATHAN WILKES CHATHAM
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

KARINA VELTER
    on behalf of Creditor Bridgecrest Credit Company  LLC kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for NRZ Pass-Through Trust XI bkgroup@kmllawgroup.com

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Nov 02, 2021 | Form ID: pdf900 | Total Noticed: 23

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| WILLIAM J. WADE | | |
| Debtor(s) | : | Bky. No. 20-12605 -AMC |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: November 2, 2021

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**