IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WILLIAM J. WADE | : Case No. 20-12605-amc |
| | : Chapter 13 |

## AMENDED CERTIFICATION OF NO RESPONSE

I, John M. Kenney, Esquire, attorney for Debtor, William J. Wade, hereby certify that as of this 3rd day of December, 2021, there has been no objection to the proposed Application for Compensation dated and served October 1, 2021 nor has an application for administrative expenses been filed in the above-referenced matter.

It is respectfully requested that the attached proposed Order of Court be presented to the Honorable Ashely M. Chan as UNCONTESTED.

I certify under penalty that the foregoing is true and correct.

Date: December 3, 2021         s/ John M. Kenney_____
**John M. Kenney, Esquire**
308 N. Oxford Valley Road
Fairless Hills, PA  19030
(215)547-3031