United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-12605-amc
William J Wade  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 08, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2021:**

**Recip ID**      **Recipient Name and Address**
db      + William J Wade, 141 Ivy Hill Road, Levittown, PA 19057-2325

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2021 at the address(es) listed below:**

**Name**      **Email Address**

BRADLEY JOSEPH OSBORNE
     on behalf of Creditor Bridgecrest Credit Company  LLC bosborne@hoflawgroup.com

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor U.S. Bank National Association  cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for NRZ Pass-Through Trust XI cwohlrab@raslg.com

JOHN M. KENNEY
     on behalf of Debtor William J Wade jken330@comcast.net  Kathy@jkenneylaw.com

JONATHAN WILKES CHATHAM
     on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

KARINA VELTER

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 08, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Bridgecrest Credit Company LLC kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for NRZ Pass-Through Trust XI bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **: CHAPTER 13** |
| **WILLIAM J. WADE** | **:** |
| **Debtor(s)** | **: NO. 20-12605-amc** |

# ORDER

     **AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

     It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,750.00.**

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$1,500.00** which was paid by the Debtor(s) prepetition resulting in a net compensation reimbursement of **$2,250.00**, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date:**_____                   _____
**Date: December 8, 2021**               **ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE**